S. ASHLIE BERINGER
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 296-5310
Email: aberinger@gibsondunn.com
Attorneys for Defendants VALUECLICK, INC.,
COMMISSION JUNCTION, INC.,
and BE FREE

LODGED
CLERK, U.S. DISTRICT COURT
JUN 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY
5:00

FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTLEMENT RECOVERY CENTER, LLC, a California Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>V<br><br>VALUECLICK, INC., a Delaware corporation, its wholly owned subsidiary COMMISSION JUNCTION, INC., and its wholly-owned subsidiary BE FREE,<br>Defendant(s). | CASE NUMBER<br>CV 07-02638 FMC (CTx)<br><br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>S. ASHLIE BERINGER</u>
*Applicant's Name*

of <u>GIBSON, DUNN & CRUTCHER LLP</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff  ☒ Defendant <u>VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE</u>

and the designation of <u>G. CHARLES NIERLICH</u> of <u>GIBSON, DUNN & CRUTCHER LLP</u>
*Local Counsel Designee*          *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  JUN 15 2007

*signature: Florence-Marie Cooper*

U. S. District Judge/U.S. Magistrate Judge
Hon. Florence-Marie Cooper

DOCKETED ON CM
JUN 18 2007
BY ___ 004

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.USCourtForms.com

Dockets.Justia.com