1  G. CHARLES NIERLICH, SBN 196611
   GNierlich@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   One Montgomery Street, Suite 3100
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5309

5  S. ASHLIE BERINGER (*pro hac vice* application pending)
   ABeringer@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1801 California Street, Suite 4200
7  Denver, Colorado 80202
   Telephone: (303) 298-5718
8  Facsimile: (303) 313-2868

9  SCOTT PATRICK BARLOW, SBN 182295
   SBarlow@valueclick.com
10 Vice President & General Counsel
   ValueClick, Inc.
11 4353 Park Terrace Drive
   Westlake Village, CA 91361
12 Telephone: (818) 575-4510
   Facsimile: (818) 575-4505

13
   Attorneys for Defendants
14 VALUECLICK, INC., COMMISSION
   JUNCTION, INC., and BE FREE
15

```
FILED
CLERK, U S DISTRICT COURT

JUL - 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

Priority    ___
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___

16                    UNITED STATES DISTRICT COURT
17                   CENTRAL DISTRICT OF CALIFORNIA
18                         WESTERN DIVISION

| | |
|---|---|
| 19  SETTLEMENT RECOVERY CENTER, LLC, individually and on behalf of others similarly situated, <br><br> 21           Plaintiff, <br><br> 22     v. <br><br> 23  VALUECLICK, INC., a Delaware corporation, its wholly owned subsidiary COMMISSION JUNCTION, INC., and its wholly-owned subsidiary BE FREE, <br><br> 25 <br> 26           Defendant(s). | CASE NO. CV-07-02638 FMC (CTx) <br><br> (Assigned to the Honorable Florence-Marie Cooper, Courtroom 750) <br><br> **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF HEARING ON THE MOTION TO DISMISS CLASS ACTION COMPLAINT AND MOTION TO STRIKE REQUESTS FOR CERTAIN RELIEF** <br><br> Old Date: July 23, 2007 <br> Time:     10:00 a.m. <br><br> New Date: July 30, 2007 <br> Time:     10:00 a.m. <br><br> Place:    Courtroom 750 (Roybal) |

```
DOCKETED ON CM
JUL - 5 2007
BY              021
```

Gibson, Dunn & Crutcher LLP

16

WHEREAS on June 13, 2007, Defendants ValueClick, Inc., Commission Junction, Inc., and Be Free ("Defendants") moved the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for dismissal of Plaintiff's Class Action Complaint for Breach of Contract; Negligence; Unjust Enrichment; and Unfair Business Practices (California Business & Professions Code § 17200, *et seq.*) (the "Motion to Dismiss");

WHEREAS on June 13, 2007, Defendants also moved the Court, pursuant to Fed. R. Civ. Proc. 12(f), for an order striking Plaintiff's requests for certain monetary relief (the "Motion to Strike");

WHEREAS Defendants requested a hearing on the Motion to Dismiss and the Motion to Strike for July 16, 2007, at 10:00 am, in Courtroom 750;

WHEREAS the Court set the Motion to Dismiss and Motion to Strike for hearing on July 23, 2007, at 10:00 am, in Courtroom 750, the first available date for the Motion to be heard;

WHEREAS counsel for Defendants is not available on July 23, 2007, due to a previously scheduled mediation in another matter;

WHEREAS the parties agree to continue the hearing on the Motion to Dismiss to July 30, 2007;

WHEREAS the parties agree that any opposition or reply briefs should be filed pursuant to the schedule provided in the Local Rules, based on the stipulated July 30, 2007 hearing date, or whichever hearing date is subsequently set by the Court;

WHEREAS the parties agree that nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these matters;

//
//
//
//
//

Gibson, Dunn & Crutcher LLP

2

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. The hearings on the Motion to Dismiss and Motion to Strike, currently set for July 23, 2007, at 10:00 am, in Courtroom 750, shall be continued to July 30, 2007, at 10:00 am.

2. Any opposition briefs in connection with the Motion to Dismiss and Motion to Strike shall be filed and served no later than July 16, 2007, and any reply briefs shall be filed and served no later than July 23, 2007.

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these or other matters.

DATED: June 29, 2007

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP

By: _____
G. Charles Nierlich

Attorneys for Defendants
VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE

DATED: June ___, 2007

Kassra P. Nassiri
NASSIRI & JUNG LLP

By: _____
Kassra P. Nassiri

Attorneys for Plaintiff

IT IS SO ORDERED.

_____   DATE: _____
Honorable Florence-Marie Cooper

100246155_1.DOC

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. The hearings on the Motion to Dismiss and Motion to Strike, currently set for July 23, 2007, at 10:00 am, in Courtroom 750, shall be continued to July 30, 2007, at 10:00 am.

2. Any opposition briefs in connection with the Motion to Dismiss and Motion to Strike shall be filed and served no later than July 16, 2007, and any reply briefs shall be filed and served no later than July 23, 2007.

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these or other matters.

DATED: June __, 2007

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP

By:_____
G. Charles Nierlich

Attorneys for Defendants
VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE

DATED: June 28, 2007

Kassra P. Nassiri
NASSIRI & JUNG LLP

By:_____
Kassra P. Nassiri

Attorneys for Plaintiff

IT IS SO ORDERED.

_____   DATE: 7/2/07
Honorable Florence-Marie Cooper

100246155_1.DOC

# CERTIFICATE OF SERVICE

I, Cynthia C. Altounian, declare as follows:

I am employed in Los Angeles, California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071. On June 29, 2007, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF HEARING ON THE MOTION TO DISMISS CLASS ACTION COMPLAINT AND MOTION TO STRIKE REQUESTS FOR CERTAIN RELIEF**

by placing a copy thereof in an envelope addressed to each of the persons named below at the address shown:

Kassra P. Nassiri, knassiri@nassiri-jung.com
Charles H. Jung, cjung@nassiri-jung.com            **VIA U.S. MAIL**
Nassiri & Jung LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
T: (415) 373-5699
F: (414) 534-3200

Reed R. Kathrein, reed@hbsslaw.com
Jeff D. Friedman, jfriedman@hbsslaw.com            **VIA U.S. MAIL**
Shana Scarlett, shanas@hbsslaw.com
Hagens Berman Sobol Shapiro
715 Hearst Avenue, Suite 202
Berkeley, CA, 94710
T: (510) 725-3000
F: (510) 725-3001

☑   **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| ☒ | **BY PERSONAL SERVICE:** | I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date. |
| ☐ | **BY FACSIMILE:** | From facsimile machine telephone number (213) 229-7520, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated. |
| ☐ | **BY UPS OVERNIGHT MAIL:** | I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collect ion at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business. |
| ☐ | **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☒ | **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the foregoing document was printed on recycled paper. This Declaration of Service was executed by me on **June 29, 2007**, at Los Angeles, California.

*Cynthia C. Altounian*
Cynthia C. Altounian

Gibson, Dunn &
Crutcher LLP

5