Settlement Recovery Center LLC v. Valueclick Inc et al                                                         Doc. 1

```
 1  KASSRA P. NASSIRI (SBN 215405)
    knassiri@nassiri-jung.com
 2  CHARLES H. JUNG (SBN 217909)
    cjung@nassiri-jung.com
 3  NASSIRI & JUNG LLP
    251 Kearny Street, Suite 501
 4  San Francisco, CA 94108
    Telephone: (415) 373-5699
 5  Facsimile: (415) 534-3200

 6  REED R. KATHREIN (SBN 139304)
    reed@hbsslaw.com
 7  JEFF D. FRIEDMAN (SBN 173886)
    jefff@hbsslaw.com
 8  SHANA E. SCARLETT (SBN 217895)
    shanas@hbsslaw.com
 9  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
10  Berkeley, CA 94710
    Telephone: (510) 725-3000
11  Facsimile: (510) 725-3001

12  Attorneys for Plaintiffs

13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                           WESTERN DIVISION

17  SETTLEMENT RECOVERY CENTER,  )  No. CV-07-2638-FMC (CTx)
    LLC, a California Limited Liability )
18  Company, Individually and on behalf of )
    all others similarly situated,         )  STIPULATION AND [PROPOSED]
19                                         )  ORDER FOR CONTINUATION OF
                              Plaintiffs,  )  DEADLINE TO FILE MOTION
20                                         )  FOR CLASS CERTIFICATION
         v.                                )
21                                         )
    VALUECLICK, INC., a Delaware           )
22  Corporation, its wholly-Owned          )
    Subsidiary COMMISSION JUNCTION, )
23  INC., and Its Wholly-Owned Subsidiary )
    BE FREE,                               )
24                                         )
                              Defendants.  )
25
```

WHEREAS the Class Action Complaint in this case was filed on April 20, 2007, and served on Defendants on April 23, 2007;

WHEREAS pursuant to Central District of California Local Rule 23-3, motions for class certification are due 90 days after service of a pleading purporting to commence a class action, in this case July 23, 2007;

WHEREAS the parties have yet to schedule a conference pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS the Court has not yet set a date for the pretrial conference pursuant to Federal Rule of Civil Procedure 16(b);

WHEREAS Defendants' Motion to Dismiss Class Action Complaint is not scheduled to be heard by this Court until July 23, 2007 at the earliest;

WHEREAS counsel for the parties in this action held conference on June 15 and June 22, 2007, concerning, among other things, the deadline for motion for class certification.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

1. The parties respectfully request this Court to continue the July 23, 2007 deadline for filing of Plaintiff's motion for class certification until a date to be determined by the Court during the Rule 16(b) pretrial scheduling conference.

DATED: 6/28/07

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP

By: _____
  Kassra P. Nassiri

Attorneys for Plaintiff
SETTLEMENT RECOVERY CENTER, LLC

DATED: 6/27/07

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP

By: _____
  G. Charles Nierlich

Attorneys For Defendants
VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE

The Court hereby continues the July 23, 2007 deadline for filing of Plaintiff's motion for class certification until a date to be determined by this Court during the Rule 16(b) pretrial scheduling conference.

DATE: 7-5-07

_____
Honorable Florence-Marie Cooper

-3-
STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2. That on June 29, 2007, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2007, at Berkeley, California.

_____
NANCY QUON

3

*Settlement Recovery Center, LLC v. Valueclick, Inc., et al.*
Case No. CV-07-02638-FMC (CT)

Service List
June 13, 2007

Counsel for Plaintiffs

Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
knassiri@nassiri-jung.com
cjung@nassiri-jung.com

Counsel for Defendants

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 339-8200
Facsimile: (415) 986-5309
gnierlich@gibsondunn.com

S. Ashlie Beringer
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5718
Facsimile: (303) 313-2868
aberinger@gibsondunn.com

Scott Patrick Barlow
Vice President & General Counsel
VALUECLICK, INC.
4353 Park Terrace Drive
Westlake Village, CA 91361
Telephone: (818) 575-4510
Facsimile: (818) 575-4505
sbarlow@valueclick.com