```
 1  KASSRA P. NASSIRI (SBN 215405)
    knassiri@nassiri-jung.com
 2  CHARLES H. JUNG (SBN 217909)
    cjung@nassiri-jung.com
 3  NASSIRI & JUNG LLP
    251 Kearny Street, Suite 501
 4  San Francisco, CA 94108
    Telephone: (415) 373-5699
 5  Facsimile:  (415) 534-3200

 6  REED R. KATHREIN (SBN 139304)
    reed@hbsslaw.com
 7  JEFF D. FRIEDMAN (SBN 173886)
    jefff@hbsslaw.com
 8  SHANA E. SCARLETT (SBN 217895)
    shanas@hbsslaw.com
 9  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
10  Berkeley, CA 94710
    Telephone: (510) 725-3000
11  Facsimile:  (510) 725-3001

12  Attorneys for Plaintiffs
```

FILED
CLERK, U S DISTRICT COURT
JUL - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SETTLEMENT RECOVERY CENTER, LLC, a California Limited Liability Company, Individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>VALUECLICK, INC., a Delaware Corporation, its wholly-Owned Subsidiary COMMISSION JUNCTION, INC., and Its Wholly-Owned Subsidiary BE FREE,<br><br>            Defendants. | No. CV-07-2638-FMC (CTx)<br><br>STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF'S WITHDRAWAL OF PRAYER FOR PUNITIVE DAMAGES WITHOUT PREJUDICE |

DOCKETED ON CM
JUL - 5 2007
BY _____ 008

ORIGINAL

1  WHEREAS Plaintiff Settlement Recovery Center, LLC ("Plaintiff") in the above-captioned case filed a Class Action Complaint on April 20, 2007;

WHEREAS Plaintiff included a prayer for punitive damages in the Class Action Complaint;

WHEREAS Defendants ValueClick, Inc., Commission Junction, Inc. and Be Free ("Defendants") filed a Motion to Strike Requests for Certain Relief, including Plaintiff's request for punitive damages, and served a copy of said motion on Plaintiff on June 13, 2007;

WHEREAS Defendants' Motion to Strike Requests for Certain Relief is not scheduled to be heard by this Court until July 23, 2007 at the earliest;

WHEREAS Plaintiff and Defendants have agreed upon Plaintiff's voluntary withdrawal of its prayer for punitive damages without prejudice;

WHEREAS this Court has not yet certified the class in the above-captioned prospective class action.

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1.  Plaintiff hereby voluntarily withdraws, without prejudice, its prayer for punitive damages set forth in the above-captioned Class Action Complaint.

DATED: 6/28/07

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP

By: _____
Kassra P. Nassiri

Attorneys for Plaintiff
SETTLEMENT RECOVERY CENTER, LLC

DATED: 6/27/07

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP

By: _____
G. Charles Nierlich

Attorneys For Defendants
VALUECLICK, INC., COMMISSION JUNCTION, INC., and BE FREE

This Court hereby GRANTS the parties' request that Plaintiff be allowed to withdraw, without prejudice, its prayer for punitive damages from the above-captioned Class Action Complaint.

DATE: 7-5-07

_____
Honorable Florence-Marie Cooper

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, CA 94710.

2. That on June 29, 2007, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2007, at Berkeley, California.

*Nancy Quon*
NANCY QUON

3

*Settlement Recovery Center, LLC v. Valueclick, Inc., et al.*
Case No. CV-07-02638-FMC (CT)

Service List
June 13, 2007

Counsel for Plaintiffs

Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

Kassra P. Nassiri
Charles H. Jung
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
knassiri@nassiri-jung.com
cjung@nassiri-jung.com

Counsel for Defendants

G. Charles Nierlich
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 339-8200
Facsimile: (415) 986-5309
gnierlich@gibsondunn.com

S. Ashlie Beringer
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5718
Facsimile: (303) 313-2868
aberinger@gibsondunn.com

Scott Patrick Barlow
Vice President & General Counsel
VALUECLICK, INC.
4353 Park Terrace Drive
Westlake Village, CA 91361
Telephone: (818) 575-4510
Facsimile: (818) 575-4505
sbarlow@valueclick.com

001969-12 172630 V1

4