P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:07-cv-02638-FMC-CTx ✓<br>2:07-cv-02641-FMC-CTx | Date | July 25, 2007 |

Title    Settlement Recovery Center LLC v. Valueclick Inc et al
         Mireille Carrier v. Valueclick Inc et al

Present: The Honorable    **FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

         Not present                                      Not present

**Proceedings:**    ORDER CONTINUING MOTION HEARING DATES    (In Chambers)

The Court, on its own motion, hereby continues the following Motions from their currently set dates to **August 27, 2007 at 10:00 a.m.**:

   In 2:07-cv-02638:

            Motion to Dismiss (docket #11)
            Motion to Strike (docket #12)

   In 2:07-cv-02641:

            Motion to Dismiss (docket #12)
            Motion to Strike (docket #13).

DOCKETED ON CM
JUL 26 2007
BY _____ 021

                                      Initials of Preparer    AM   : N/A