Exhibit O



**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

TAX ID: 91-2017394

November 17, 2008
Client No.: 001969
Invoice No: 68995370

RE:    ValueClick

## BILLING SUMMARY THROUGH NOVEMBER 17, 2008

| | |
|---|---|
| Fees For Professional Services | 406,025.75 |
| Expenses and Advances | 23,267.15 |
| | -------------- |
| **CURRENT BILL** | **429,292.90** |
| | |
| Previous Balance Due | 0.00 |
| Payments/Adjustments | <0.00> |
| | -------------- |
| **TOTAL BALANCE DUE** | **429,292.90** |

November 17, 2008
Page 2

Client No.: 001969
Invoice No: 68995370

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 04/26/07 | Meet with C. Jung and K. Nassiri re: new case investigation re: ValueClick; review complaints in preparation for meeting. | SES | 2.00 | 850.00 |
| 04/27/07 | Meet with C. Jung, K. Nassiri and J. Friedman re: new case investigation of ValueClick; confer with J. Friedman and R. Kathrein re: same. | SES | 2.00 | 850.00 |
| 04/28/07 | Research and draft memorandum to S. Berman re: new case investigation re: ValueClick. | SES | 2.00 | 850.00 |
| 04/29/07 | Research defendant, caselaw, related litigation and industry re: new case ValueClick; draft memorandum to S. Berman re: same. | SES | 3.00 | 1,275.00 |
| 04/30/07 | Research and draft memorandum to S. Berman re: new case investigation re: ValueClick. | SES | 3.00 | 1,275.00 |
| 05/01/07 | Factual and legal research; conference call with counsel re: case. | JDF | 1.75 | 936.25 |
| 05/01/07 | Email to S. Berman re: new case investigation. | SES | 0.50 | 212.50 |
| 05/03/07 | Telephone conference with C. Jung and K. Nassiri re: possible conflict; email to S. Berman re: same. | SES | 0.50 | 212.50 |
| 05/04/07 | Factual investigation; review 10-k. | JDF | 2.00 | 1,070.00 |
| 05/07/07 | Correspondence with expert re: new case. | RRK | 1.00 | 575.00 |
| 05/11/07 | Meet re: case; fact review. | JDF | 2.75 | 1,471.25 |
| 05/14/07 | Input new matter; calendar. | NFQ | 0.50 | 75.00 |
| 05/14/07 | Input new matter; calendar. | NFQ | 0.50 | 75.00 |
| 05/14/07 | Telephone conference with C. Jung and K. Nassiri re: co-counsel agreement; research re: experts, email re: same; conference with N. Quon re: notice of association. | SES | 1.50 | 637.50 |

November 17, 2008
Page 3

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 05/15/07 | Research re: court rules and judges' orders. | NFQ | 1.50 | 225.00 |
| 05/15/07 | Research re: court rules, judges and bluebooking. | NFQ | 1.50 | 225.00 |
| 05/15/07 | Draft notice of association of counsel; instruct staff re: caption. | SES | 2.00 | 850.00 |
| 05/16/07 | Conference call with co-counsel; draft co-counsel agreement. | JDF | 2.00 | 1,070.00 |
| 05/17/07 | Telephone conference with K. Nassiri re: co-counsel agreement; review emails re: same; review notice of association of counsel. | SES | 0.50 | 212.50 |
| 05/18/07 | Work with W. Cameron to file notice of association of counsel. | NFQ | 1.50 | 225.00 |
| 05/23/07 | File amended notice of association of counsel. | NFQ | 0.50 | 75.00 |
| 05/30/07 | Telephone conference with K. Nassiri and J. Friedman re: case status and experts; review email re: same. | SES | 0.50 | 212.50 |
| 05/31/07 | Legal research re: contract and fraud; factual research re: company policies. | JDF | 5.50 | 2,942.50 |
| 05/31/07 | Search Lexis for former employees. | NFQ | 1.00 | 150.00 |
| 06/05/07 | Legal and factual research; analyze potential consultants. | JDF | 3.50 | 1,872.50 |
| 06/05/07 | Review analyst reports re: ValueClick; review email from K. Nassiri and C. Nierlich re: Rule 26 conference and motion to dismiss; telephone conference with K. Nassiri re: same. | SES | 0.75 | 318.75 |
| 06/06/07 | Attention to strategy discussion and meet and confer. | JDF | 2.75 | 1,471.25 |
| 06/06/07 | Meet and confer with defense counsel; telephone conference with co-counsel re: same; confer with J. Friedman and legal research re: motion to dismiss; | SES | 1.50 | 637.50 |

November 17, 2008
Page 4

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | draft letter to defense counsel re: meet and confer. | | | |
| 06/07/07 | Legal research; review draft letter to counsel re: meet and confer; confer with S. Scarlett re: same. | JDF | 2.50 | 1,337.50 |
| 06/07/07 | Conference call with co-counsel re: possible discovery; confer with J. Friedman re: same; edit letter to C. Nierlich re: meet & confer and discovery. | SES | 2.00 | 850.00 |
| 06/08/07 | Factual and legal research; review experts; research other filed cases. | JDF | 5.75 | 3,076.25 |
| 06/08/07 | Letter to C. Nierlich re: meet and confer; research re: related cases; email to counsel in related litigation. | SES | 2.50 | 1,062.50 |
| 06/12/07 | Research facts, opposition to motion to dismiss and expert; confer with S. Scarlett re: same. | JDF | 4.50 | 2,407.50 |
| 06/12/07 | Telephone conference with K. Nassiri; research re: local rules; confer with J. Friedman re: local rules and motion to dismiss. | SES | 2.00 | 850.00 |
| 06/13/07 | File defendant's motion to dismiss and supporting documents in worksite. | NFQ | 0.50 | 75.00 |
| 06/13/07 | File defendant's motion to dismiss and supporting documents in worksite. | NFQ | 0.50 | 75.00 |
| 06/14/07 | Legal research re: opposition to motion to dismiss; investigate potential experts. | JDF | 6.75 | 3,611.25 |
| 06/14/07 | Print cases from defendant's motion to dismiss and motion to strike; prepare binders for J. Friedman and S. Scarlett; calendar dates for opposition, reply, and hearing; research local rules re: attachments and exhibits to motion for preliminary approval and/or declarations. | NFQ | 3.00 | 450.00 |
| 06/14/07 | Print cases from defendant's motion to dismiss and motion to strike; prepare binders for J. Friedman and S. Scarlett; calendar dates for opposition, reply, | NFQ | 2.50 | 375.00 |

November 17, 2008
Page 5

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | and hearing; research local rules re: attachments and exhibits to motion for preliminary approval and/or declarations. | | | |
| 06/14/07 | Telephone conference re: motion to dismiss and motion to strike with J. Friedman and co-counsel; telephone conference with expert re: class certification issues. | SES | 2.75 | 1,168.75 |
| 06/15/07 | Telephone conference with potential expert; telephone conference with defense counsel; investigate expert. | JDF | 4.75 | 2,541.25 |
| 06/15/07 | Conference call with co-counsel; conference call with defense counsel re: meet and confer on motion(s) to dismiss. | SES | 0.50 | 212.50 |
| 06/18/07 | Work on opposition to motion to dismiss; research facts; investigate experts. | JDF | 5.00 | 2,675.00 |
| 06/18/07 | Email re: expert for class certification; review email from consultant. | SES | 0.25 | 106.25 |
| 06/19/07 | Work on opposition to motion to dismiss. | JDF | 2.00 | 1,070.00 |
| 06/20/07 | Meeting re: expert; work on opposition to motion to dismiss. | JDF | 2.00 | 1,070.00 |
| 06/21/07 | Legal research; factual research re: case. | JDF | 3.25 | 1,738.75 |
| 06/22/07 | Draft notice of change of address. | NFQ | 0.50 | 75.00 |
| 06/22/07 | Draft notice of change of address. | NFQ | 0.50 | 75.00 |
| 06/25/07 | Research experts; review report; correspond with potential experts. | JDF | 4.75 | 2,541.25 |
| 06/25/07 | Draft notice of change of address; edit same; prepare hard copies for filing; serve and arrange for UPS pickup. | NFQ | 1.00 | 150.00 |
| 06/25/07 | Draft notice of change of address; edit same; prepare hard copies for filing; serve and arrange for | NFQ | 1.00 | 150.00 |

November 17, 2008
Page 6

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
|  | UPS pickup. |  |  |  |
| 06/26/07 | Fact review; conference call with expert. | JDF | 3.75 | 2,006.25 |
| 06/26/07 | Work on opposition to motion to dismiss and motion to strike. | JDF | 3.00 | 1,605.00 |
| 06/28/07 | Legal research; fact research; review public filings. | JDF | 4.00 | 2,140.00 |
| 06/29/07 | Legal research; fact investigation; investigate expert. | JDF | 5.00 | 2,675.00 |
| 06/29/07 | Prepare stipulation and proposed order to withdraw prayer for punitive damages and stipulation and proposed order for continuation of deadline to file motion for class certification; UPS documents to Court; serve. | NFQ | 2.00 | 300.00 |
| 06/29/07 | Prepare stipulation and proposed order to withdraw prayer for punitive damages and stipulation and proposed order for continuation of deadline to file motion for class certification; UPS documents to Court; serve. | NFQ | 1.50 | 225.00 |
| 06/30/07 | Draft opposition to motion to strike claims for restitution and disgorgement. | SES | 3.00 | 1,275.00 |
| 07/01/07 | Draft opposition to motion to strike claims for restitution and disgorgement; email to co-counsel re: same. | SES | 3.00 | 1,275.00 |
| 07/02/07 | Research opposition to motion to dismiss and motion to strike. | JDF | 5.25 | 2,808.75 |
| 07/02/07 | Calendar upcoming events. | NFQ | 0.25 | 37.50 |
| 07/02/07 | Calendar upcoming events. | NFQ | 0.25 | 37.50 |
| 07/02/07 | Draft opposition to motion to strike claims for relief. | SES | 6.50 | 2,762.50 |
| 07/03/07 | Research and draft opposition to motion to strike. | SES | 5.00 | 2,125.00 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 7

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 07/04/07 | Review and edit opposition to motion to dismiss and motion to strike. | JDF | 2.00 | 1,070.00 |
| 07/05/07 | Review and edit opposition to motion to dismiss and motion to strike. | JDF | 1.75 | 936.25 |
| 07/06/07 | Review and edit opposition to motion to dismiss and motion to strike; call with co-counsel re: same. | JDF | 3.75 | 2,006.25 |
| 07/06/07 | Upload documents into worksite. | NFQ | 0.25 | 37.50 |
| 07/06/07 | Upload documents into worksite. | NFQ | 0.25 | 37.50 |
| 07/06/07 | Edit opposition to motion to dismiss. | SES | 4.00 | 1,700.00 |
| 07/09/07 | Edit opposition to motion to strike certain requests for relief. | NFQ | 2.50 | 375.00 |
| 07/09/07 | Edit opposition to motion to dismiss. | NFQ | 0.50 | 75.00 |
| 07/09/07 | Research and draft opposition to motion to dismiss. | SES | 2.75 | 1,168.75 |
| 07/09/07 | Research and draft opposition to motion to strike. | SES | 2.00 | 850.00 |
| 07/11/07 | Review and edit opposition to motion to dismiss. | JDF | 3.00 | 1,605.00 |
| 07/11/07 | Edit opposition to motion to strike. | NFQ | 1.75 | 262.50 |
| 07/13/07 | Review and edit opposition to motion to dismiss. | JDF | 2.00 | 1,070.00 |
| 07/14/07 | Edit opposition to motion to strike and motion to dismiss. | NFQ | 5.50 | 825.00 |
| 07/14/07 | Edit opposition to motion to strike and motion to dismiss. | NFQ | 5.50 | 825.00 |
| 07/14/07 | Research and draft opposition to motion to dismiss. | SES | 9.25 | 3,931.25 |
| 07/15/07 | Edit opposition to motion to strike and motion to dismiss. | NFQ | 7.00 | 1,050.00 |
| 07/15/07 | Edit opposition to motion to strike and motion to dismiss. | NFQ | 7.00 | 1,050.00 |

November 17, 2008
Page 8

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 07/15/07 | Research and draft opposition to motion to dismiss, opposition to motion to strike, request for judicial notice, J. Friedman's declaration and proposed orders. | SES | 11.00 | 4,675.00 |
| 07/16/07 | Review and edit opposition to motion to dismiss and motion to strike. | JDF | 5.00 | 2,675.00 |
| 07/16/07 | Review and revise documents in preparation for filing; file and serve documents. | KGA | 4.00 | 600.00 |
| 07/16/07 | Finalize and file oppositions to motion to strike and motion to dismiss; serve documents after filing. | NFQ | 2.00 | 300.00 |
| 07/16/07 | Finalize and file oppositions to motion to strike and motion to dismiss; serve documents after filing. | NFQ | 2.00 | 300.00 |
| 07/16/07 | Edit opposition to motion to dismiss, opposition to motion to strike, request for judicial notice, J. Friedman's declaration and proposed orders; Oversee filing of same. | SES | 3.00 | 1,275.00 |
| 07/16/07 | Edit opposition to motion to dismiss, opposition to motion to strike, request for judicial notice, J. Friedman's declaration and proposed orders; oversee filing of same. | SES | 3.00 | 1,275.00 |
| 07/17/07 | Attend to filing; confer with S. Scarlett re: same. | JDF | 2.00 | 1,070.00 |
| 07/17/07 | Review and revise opposition. | KGA | 2.50 | 375.00 |
| 07/17/07 | File oppositions to motion to strike and motion to dismiss in worksite. | NFQ | 0.50 | 75.00 |
| 07/17/07 | File oppositions to motion to strike and motion to dismiss in worksite. | NFQ | 0.50 | 75.00 |
| 07/17/07 | Telephone conference with J. Friedman re: opposition to motion to dismiss filing. | SES | 0.50 | 212.50 |
| 07/17/07 | Telephone conference re: experts. | SWB | 1.00 | 650.00 |

November 17, 2008
Page 9

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 07/18/07 | Print cases and prepare binders for J. Friedman in preparation for hearing on motion to dismiss and motion to strike. | NFQ | 1.50 | 225.00 |
| 07/19/07 | Conference call re: expert. | JDF | 2.25 | 1,203.75 |
| 07/20/07 | Prepare and review materials for hearing on motion to dismiss. | JDF | 3.75 | 2,006.25 |
| 07/24/07 | Scan and upload reply to motion to dismiss; print for J. Friedman and S. Scarlett's binders. | NFQ | 0.50 | 75.00 |
| 07/24/07 | Scan and upload reply to motion to dismiss; print for J. Friedman and S. Scarlett's binders. | NFQ | 0.50 | 75.00 |
| 07/27/07 | Call with consultant and co-counsel. | JDF | 2.50 | 1,337.50 |
| 08/20/07 | Review replies in support of motion to dismiss and motion to strike. | SES | 0.25 | 106.25 |
| 08/22/07 | Meeting with co-counsel in preparation of oral argument on motion to dismiss and to discuss legal strategy. | SES | 2.00 | 850.00 |
| 08/23/07 | Meet; prepare for hearing. | JDF | 4.00 | 2,140.00 |
| 08/24/07 | Prepare for hearing. | JDF | 3.00 | 1,605.00 |
| 08/27/07 | Call re: facts; letter re: retention; fact investigation. | JDF | 4.00 | 2,140.00 |
| 08/27/07 | Review orders; research re: negligence cause of action. | SES | 2.00 | 850.00 |
| 08/28/07 | Draft and send letter to C. Nierlich re: Rule 26(f) conference. | SES | 1.00 | 425.00 |
| 08/29/07 | Review correspondence and factual research re: technical matters. | JDF | 3.00 | 1,605.00 |
| 08/31/07 | Draft correspondence. | JDF | 2.00 | 1,070.00 |
| 09/04/07 | Research expert; draft agreement; call re: same. | JDF | 3.00 | 1,605.00 |

November 17, 2008
Page 10

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 09/05/07 | Prepare for Rule 26(f) conference; attend call. | JDF | 3.00 | 1,605.00 |
| 09/05/07 | Telephone conference with K. Nassiri re: pre-rule 26(f) conference; telephone conference with C. Nierlich and A. Beringer re: pre-rule 26(f) conference; confer with J. Friedman re: same. | SES | 1.50 | 637.50 |
| 09/06/07 | Locate witness addresses. | NFQ | 4.00 | 600.00 |
| 09/10/07 | Analyze amended complaint; confer with S. Scarlett re: same. | JDF | 4.50 | 2,407.50 |
| 09/10/07 | Edit first amended complaint; confer with J. Friedman re: same. | SES | 0.50 | 212.50 |
| 09/14/07 | Locate witness addresses. | NFQ | 7.00 | 1,050.00 |
| 09/17/07 | Prepare binder for J. Friedman re: Rule 26(f) conference. | NFQ | 0.25 | 37.50 |
| 09/18/07 | Prepare for and attend Rule 26(f) conference. | JDF | 5.00 | 2,675.00 |
| 09/19/07 | Draft correspondence. | JDF | 2.25 | 1,203.75 |
| 09/20/07 | Conference call with co-counsel. | JDF | 1.00 | 535.00 |
| 09/20/07 | Conference call with expert. | JDF | 1.50 | 802.50 |
| 09/21/07 | Draft letter; factual research; outline electronic discovery. | JDF | 2.50 | 1,337.50 |
| 09/24/07 | Locate witness addresses. | NFQ | 1.00 | 150.00 |
| 09/25/07 | Locate witness addresses. | NFQ | 5.00 | 750.00 |
| 09/27/07 | Work on retention memo and discovery plan. | JDF | 2.50 | 1,337.50 |
| 09/28/07 | Locate witness addresses. | NFQ | 2.00 | 300.00 |
| 10/01/07 | Work on 26(f) statement; legal research. | JDF | 3.75 | 2,006.25 |
| 10/01/07 | Locate witness addresses. | NFQ | 5.00 | 750.00 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 11

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/07 | Review Rule 26(f) joint case management statement; telephone conference with K. Nassiri re: initial disclosures; draft initial disclosures; email with N. Quon and K. Erickson re: same. | SES | 0.75 | 318.75 |
| 10/02/07 | Locate witness addresses. | NFQ | 6.00 | 900.00 |
| 10/02/07 | Review Rule 26(f) joint case management statement; review defendants' answer to complaint. | SES | 1.50 | 637.50 |
| 10/03/07 | Draft agreement re: consultant. | JDF | 2.00 | 1,070.00 |
| 10/03/07 | Correspondence and research re: preservation. | JDF | 1.00 | 535.00 |
| 10/03/07 | Locate witness addresses. | NFQ | 3.50 | 525.00 |
| 10/04/07 | Fact research. | JDF | 3.50 | 1,872.50 |
| 10/04/07 | Locate witness addresses. | NFQ | 3.00 | 450.00 |
| 10/04/07 | Edit witness list in preparation for filing plaintiff's initial disclosures. | NFQ | 1.00 | 150.00 |
| 10/04/07 | Edit initial disclosures. | SES | 0.25 | 106.25 |
| 10/05/07 | Review plaintiff's initial disclosures; serve same. | NFQ | 3.50 | 525.00 |
| 10/05/07 | Edit initial disclosures; oversee filing of same; draft deposition notice re: preservation of documents and IT infrastructure. | SES | 2.25 | 956.25 |
| 10/05/07 | Edit initial disclosures; oversee filing of same. | SES | 1.00 | 425.00 |
| 10/08/07 | Upload documents to worksite. | NFQ | 0.50 | 75.00 |
| 10/08/07 | Draft deposition notice re: preservation of documents and IT infrastructure; review defendants' initial disclosures and correspondence from C. Nierlich re: preservation of documents. | SES | 4.00 | 1,700.00 |
| 10/10/07 | Draft first set of RFPs; edit deposition notice; email co-counsel re: status of discovery; telephone conference with co-counsel re: discovery. | SES | 4.25 | 1,806.25 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 12

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 10/11/07 | Draft correspondence re: preservation; draft expert agreement. | JDF | 4.00 | 2,140.00 |
| 10/12/07 | Look for documents in another case re: preservation of service log data. | NFQ | 0.50 | 75.00 |
| 10/12/07 | Telephone conference with I. Rothken re: electronic discovery of RAM; review related litigation files re: RAM and server logs; draft email to I. Rothken re: same; review possible expert witnesses; draft first set of RPDs. | SES | 5.00 | 2,125.00 |
| 10/15/07 | Review potential experts. | JDF | 2.00 | 1,070.00 |
| 10/15/07 | Draft first set of RFPs. | SES | 2.50 | 1,062.50 |
| 10/16/07 | Work on plaintiff's first set of RFPs. | NFQ | 1.50 | 225.00 |
| 10/16/07 | Edit first set of RFPs; telephone conference with I. Rothken re: legal authority on production of server log data. | SES | 0.75 | 318.75 |
| 10/17/07 | Work on plaintiff's RFPs. | NFQ | 1.50 | 225.00 |
| 10/17/07 | Edit first set of RFPs; oversee service of same. | SES | 4.25 | 1,806.25 |
| 10/18/07 | Left voicemail for defendant re: scheduling; review caselaw from motion to dismiss. | SES | 2.75 | 1,168.75 |
| 10/23/07 | Review potential experts; draft correspondence re: discovery. | JDF | 4.00 | 2,140.00 |
| 10/24/07 | Draft correspondence re: discovery. | JDF | 1.75 | 936.25 |
| 10/25/07 | Meeting with expert; draft agreement; identify materials for review. | JDF | 3.25 | 1,738.75 |
| 10/25/07 | Research amended complaint; telephone conference with opposing counsel re: same. | JDF | 4.00 | 2,140.00 |
| 10/25/07 | Confer with consultant re: preservation and IT infrastructure of defendant; lunch with consultant; | SES | 3.25 | 1,381.25 |

November 17, 2008
Page 13

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | review letter from C. Nierlich re: deposition dates and preservation issues; draft letter to C. Nierlich re: same. | | | |
| 10/26/07 | Draft brief; review amended complaint; draft correspondence re: same. | JDF | 8.00 | 4,280.00 |
| 10/26/07 | Work on motion for leave to file second amended complaint; upload defendant's special interrogatories to worksite. | NFQ | 5.00 | 750.00 |
| 10/26/07 | Review and edit motion to amend; review proposed amended complaint; review correspondence re: same. | SES | 3.00 | 1,275.00 |
| 10/26/07 | Review defendants' discovery requests. | SES | 0.25 | 106.25 |
| 10/28/07 | Review proposed first amended complaint and notice of motion for leave to file first amended complaint. | NFQ | 1.25 | 187.50 |
| 10/29/07 | Draft brief; review amended complaint; draft correspondence re: same. | JDF | 4.00 | 2,140.00 |
| 10/29/07 | Edit first amended complaint; review letter from A. Beringer. | SES | 0.25 | 106.25 |
| 10/31/07 | Legal research; factual research; discovery. | JDF | 2.75 | 1,471.25 |
| 11/02/07 | Work on discovery responses. | JDF | 3.75 | 2,006.25 |
| 11/02/07 | Calendar upcoming discovery dates. | NFQ | 0.25 | 37.50 |
| 11/02/07 | Work on stipulation for proposed order re: scheduling. | NFQ | 0.50 | 75.00 |
| 11/05/07 | Draft letter re: discovery and amended pleading. | JDF | 1.75 | 936.25 |
| 11/06/07 | Prepare for and attend meet and confer re: deposition objections. | JDF | 3.00 | 1,605.00 |
| 11/06/07 | Calendar upcoming discovery events. | NFQ | 0.25 | 37.50 |

November 17, 2008
Page 14

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/06/07 | Confer with K. Nassiri and consultant re: discovery; meet and confer with defendants re: objections to 30(b)(6) notice. | SES | 2.00 | 850.00 |
| 11/07/07 | Call with expert. | JDF | 1.50 | 802.50 |
| 11/07/07 | Confer with K. Nassiri and consultant re: discovery; edit meet and confer letter re: objections to 30(b)(6) deposition. | SES | 3.25 | 1,381.25 |
| 11/08/07 | Work on discovery responses. | JDF | 3.25 | 1,738.75 |
| 11/08/07 | Draft responses to defendants' first set RFPs and special interrogatories; telephone conference with K. Nassiri re: discovery. | SES | 0.50 | 212.50 |
| 11/09/07 | Edit responses to defendants' first set of RFPs and special interrogatories. | SES | 1.50 | 637.50 |
| 11/12/07 | Upload documents to worksite; work on plaintiff's responses to defendants' RFPs, initial disclosures and case management statement. | NFQ | 4.50 | 675.00 |
| 11/13/07 | Work on discovery responses; confer with S. Scarlett re: same. | JDF | 2.00 | 1,070.00 |
| 11/13/07 | Review and revise stipulation and order re: filing of first amended complaint; coordinate and track filing and execute service on all parties. | KGA | 2.50 | 375.00 |
| 11/13/07 | Review and revise stipulation and order re: filing of first amended complaint; coordinate and track filing and execute service on all parties. | KGA | 2.50 | 375.00 |
| 11/13/07 | Review first amended complaint and stipulation; serve same. | NFQ | 1.00 | 150.00 |
| 11/13/07 | Review responses to defendants' first set of RFPs. | NFQ | 0.50 | 75.00 |
| 11/13/07 | Telephone conference with K. Nassiri; research re: availability of prospective relief in California; draft discovery responses to defendants' first set of RFPs and interrogatories. | SES | 1.00 | 425.00 |

November 17, 2008
Page 15

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/14/07 | Work on discovery responses; confer with S. Scarlett re: A. Bjoras deposition. | JDF | 2.00 | 1,070.00 |
| 11/14/07 | Draft and revise amended order re: leave to file first amended complaint; coordinate and track filing and execution of service on all parties. | KGA | 2.75 | 412.50 |
| 11/14/07 | Draft discovery responses to defendants' first set of RFPs and interrogatories. | SES | 2.00 | 850.00 |
| 11/14/07 | Draft discovery responses to defendants' first set of RFPs and interrogatories. | SES | 2.00 | 850.00 |
| 11/15/07 | Work on plaintiff's responses to defendants' RFPs. | NFQ | 2.75 | 412.50 |
| 11/15/07 | Draft discovery responses to defendants' first set of RFPs and interrogatories. | SES | 1.25 | 531.25 |
| 11/15/07 | Draft discovery responses to defendants' first set of RFPs and interrogatories. | SES | 1.00 | 425.00 |
| 11/16/07 | Work on discovery responses. | JDF | 3.00 | 1,605.00 |
| 11/16/07 | Work on responses and objections to defendants' first set of RFPs. | NFQ | 1.00 | 150.00 |
| 11/19/07 | Prepare for 30(b)(6) deposition on IT issues. | SES | 2.50 | 1,062.50 |
| 11/20/07 | Telephone conference with K. Nassiri re: discovery responses; draft letter to defendants re: protective order comments. | SES | 3.25 | 1,381.25 |
| 11/21/07 | Edit responses to first request for RFPs; prepare for deposition of A. Bjoras. | SES | 3.00 | 1,275.00 |
| 11/21/07 | Edit responses to first request for RFPs. | SES | 0.75 | 318.75 |
| 11/25/07 | Prepare for deposition of A. Bjoras. | SES | 1.75 | 743.75 |
| 11/26/07 | Work on discovery responses. | JDF | 3.00 | 1,605.00 |
| 11/26/07 | Work on responses and objections to defendants' | NFQ | 0.50 | 75.00 |

November 17, 2008
Page 16

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | first set of RFPs. | | | |
| 11/26/07 | Confer with K. Nassiri and J. Friedman re: interrogatory responses; review interrogatory responses. | SES | 2.50 | 1,062.50 |
| 11/27/07 | Work on discovery responses. | JDF | 3.00 | 1,605.00 |
| 11/27/07 | Confer with K. Nassiri and J. Friedman re: deposition of A. Bjoras; prepare for deposition of A. Bjoras; review responses to first set of RFPs. | SES | 7.50 | 3,187.50 |
| 11/28/07 | Work on discovery responses; discussions re: strategy; interview with expert. | JDF | 3.00 | 1,605.00 |
| 11/28/07 | Work on responses to first set of RFPs; serve on defendants. | NFQ | 1.50 | 225.00 |
| 11/28/07 | Prepare for deposition of A. Bjoras; confer with consultant re: same; travel to Los Angeles for deposition of A. Bjoras. | SES | 10.50 | 4,462.50 |
| 11/29/07 | Prepare for and take deposition of A. Bjoras; return travel from Los Angeles. | SES | 9.50 | 4,037.50 |
| 11/30/07 | Conference calls re: potential settlement discussions; search term protocol; meeting re: same. | JDF | 6.00 | 3,210.00 |
| 12/03/07 | Legal research; factual analysis; confer with S. Scarlett re: settlement and strategy. | JDF | 3.75 | 2,006.25 |
| 12/03/07 | Confer with J. Friedman re: settlement and strategy; draft letter to A. Beringer re: A. Bjoras deposition. | SES | 2.50 | 1,062.50 |
| 12/04/07 | Draft letter to A. Beringer re: A. Bjoras deposition. | SES | 1.25 | 531.25 |
| 12/05/07 | Review letter to A. Beringer re: A. Bjoras deposition and search terms. | SES | 0.75 | 318.75 |
| 12/06/07 | Review settlement papers from defendants; confer with J. Friedman and K. Nassiri re: same. | SES | 5.25 | 2,231.25 |
| 12/07/07 | Return telephone calls to class members; update | NFQ | 0.50 | 75.00 |

November 17, 2008
Page 17

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | spreadsheet for client calls. | | | |
| 12/07/07 | Work on letter that contains legal cites. | NFQ | 0.25 | 37.50 |
| 12/07/07 | Review letter from J. Friedman to A. Beringer re: offer of judgment. | SES | 0.25 | 106.25 |
| 12/07/07 | Edit first set of special interrogatories to defendants. | SES | 1.00 | 425.00 |
| 12/10/07 | Draft letter; legal and factual research re: damages issues. | JDF | 3.00 | 1,605.00 |
| 12/10/07 | Work on plaintiff's special interrogatories. | NFQ | 0.75 | 112.50 |
| 12/10/07 | Email with K. Nassiri re: plaintiffs' first set of interrogatories. | SES | 0.75 | 318.75 |
| 12/11/07 | Telephone conference with K. Nassiri re: plaintiffs' first set of interrogatories; oversee final copy and service of same. | SES | 0.50 | 212.50 |
| 12/13/07 | Arrange court reporter for T. Crawford deposition in Los Angeles. | NFQ | 0.25 | 37.50 |
| 12/13/07 | Research re: Rule 68 interplay with Rule 23; research re: Rule 23(b)(2) notice. | SES | 3.00 | 1,275.00 |
| 12/18/07 | Analyze legal issues re: damages and liability. | JDF | 3.25 | 1,738.75 |
| 12/18/07 | Draft letter to A. Beringer re: consultant and January 28 settlement meeting. | SES | 1.75 | 743.75 |
| 12/18/07 | Edit letter re: responses to first set of RFPs. | SES | 0.25 | 106.25 |
| 12/19/07 | Review letter from A. Beringer; draft email to A. Beringer re: settlement meeting; draft email to A. Shankar re: protective order and settlement documents. | SES | 0.50 | 212.50 |
| 12/21/07 | Attention to discovery and damages issues. | JDF | 4.50 | 2,407.50 |
| 12/24/07 | Prepare redwell with cases from 2 letters re: offer of judgment. | NFQ | 1.00 | 150.00 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 18

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/27/07 | Research re: class certification. | JDF | 3.75 | 2,006.25 |
| 12/28/07 | Analyze legal issues re: damages and liability. | JDF | 2.00 | 1,070.00 |
| 12/31/07 | Analyze legal issues re: damages and liability. | JDF | 1.75 | 936.25 |
| 01/02/08 | Conference call; review damages analysis. | JDF | 4.00 | 2,140.00 |
| 01/02/08 | Conference call with K. Nassiri and J. Friedman re: settlement discussions. | SES | 1.50 | 637.50 |
| 01/03/08 | Discussion re: case and damages analysis. | JDF | 2.75 | 1,471.25 |
| 01/03/08 | Work on joint Rule (26)(f) statement; file. | NFQ | 0.75 | 112.50 |
| 01/03/08 | Work on joint Rule (26)(f) statement; file. | NFQ | 0.75 | 112.50 |
| 01/03/08 | Confer with defendants re: ADR statement; draft joint case management statement; oversee filing of joint case management statement and ADR statement. | SES | 2.75 | 1,168.75 |
| 01/04/08 | Upload documents to worksite; send courtesy copies of filing to Judge. | NFQ | 1.00 | 150.00 |
| 01/07/08 | Review case management statement; analyze data. | JDF | 1.50 | 802.50 |
| 01/09/08 | Calendar mediation; file. | NFQ | 0.20 | 30.00 |
| 01/10/08 | Review and meet with expert re: case analysis. | JDF | 4.00 | 2,140.00 |
| 01/10/08 | Meeting with A. Shankar, K. Nassiri and J. Friedman re: case analysis. | SES | 5.00 | 2,125.00 |
| 01/11/08 | Review outstanding issues; prepare for case management conference. | JDF | 2.75 | 1,471.25 |
| 01/11/08 | Obtain related case documents re: settlement for J. Friedman and S. Scarlett. | NFQ | 1.50 | 225.00 |
| 01/14/08 | Travel to and from Los Angeles; attend case management conference. | JDF | 8.00 | 4,280.00 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 19

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 01/16/08 | Prepare for meeting; research outstanding legal issues. | JDF | 3.00 | 1,605.00 |
| 01/17/08 | Prepare for meeting; research outstanding legal issues. | JDF | 2.25 | 1,203.75 |
| 01/18/08 | Draft letter to defendants re: protective order and deposition notice re: network quality; draft deposition notice re: network quality. | SES | 2.00 | 850.00 |
| 01/22/08 | Analyze data. | JDF | 4.00 | 2,140.00 |
| 01/22/08 | Draft letter to A. Beringer re: protective order and deposition notice re: network quality; edit deposition notice re: network quality. | SES | 5.50 | 2,337.50 |
| 01/23/08 | Analyze data; discuss meeting strategy. | JDF | 3.00 | 1,605.00 |
| 01/23/08 | Work on Rule 30(b)(6) notice and case management statement. | NFQ | 0.50 | 75.00 |
| 01/23/08 | Draft letter to A. Beringer re: protective order and deposition notice re: network quality; edit deposition notice re: network quality. | SES | 1.50 | 637.50 |
| 01/24/08 | Prepare for meeting with defendants. | JDF | 2.75 | 1,471.25 |
| 01/24/08 | Telephone conference with witness re: factual research. | SES | 0.50 | 212.50 |
| 01/25/08 | Attention to discovery requests. | JDF | 3.00 | 1,605.00 |
| 01/28/08 | Prepare for meeting with defendants. | JDF | 3.50 | 1,872.50 |
| 01/28/08 | Prepare binder for J. Friedman re: upcoming meeting with defendants. | NFQ | 1.00 | 150.00 |
| 01/28/08 | Email exchange with witness re: factual investigation. | SES | 0.50 | 212.50 |
| 01/29/08 | Prepare for meeting with defendants; confer with S. Scarlett re: case status. | JDF | 3.00 | 1,605.00 |

November 17, 2008
Page 20

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 01/29/08 | Confer with J. Friedman re: cancellation of mediation and research. | SES | 0.25 | 106.25 |
| 01/31/08 | Attention to discovery. | JDF | 3.00 | 1,605.00 |
| 02/01/08 | Attention to meeting with defendants. | JDF | 3.00 | 1,605.00 |
| 02/04/08 | Attention to damages analysis. | JDF | 2.75 | 1,471.25 |
| 02/04/08 | Work on plaintiff's special interrogatories and RFPs. | NFQ | 1.00 | 150.00 |
| 02/04/08 | Letter to A. Beringer re: deposition; review NAR discovery requests. | SES | 1.00 | 425.00 |
| 02/07/08 | Prepare for meeting with defendants. | JDF | 8.00 | 4,280.00 |
| 02/08/08 | Prepare for meeting with defendants. | JDF | 3.20 | 1,712.00 |
| 02/08/08 | Draft mediation statement. | SES | 3.00 | 1,275.00 |
| 02/11/08 | Prepare for meeting with defendants. | JDF | 3.00 | 1,605.00 |
| 02/11/08 | Prepare for settlement meeting with defendants; travel to Santa Barbara for same; draft mediation statement. | SES | 8.50 | 3,612.50 |
| 02/12/08 | Attend settlement meeting with defendants. | JDF | 10.00 | 5,350.00 |
| 02/12/08 | Attend settlement meeting with defendants; return travel from Santa Barbara. | SES | 11.00 | 4,675.00 |
| 02/13/08 | Prepare mediation brief; confer with S. Scarlett re: same. | JDF | 8.00 | 4,280.00 |
| 02/13/08 | Draft mediation statement; confer with J. Friedman re: same. | SES | 7.50 | 3,187.50 |
| 02/15/08 | Edit mediation brief. | JDF | 4.00 | 2,140.00 |
| 02/15/08 | Obtain pleadings from related case for S. Scarlett. | NFQ | 2.00 | 300.00 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 21

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 02/15/08 | Draft mediation statement. | SES | 11.00 | 4,675.00 |
| 02/16/08 | Draft mediation statement. | SES | 2.00 | 850.00 |
| 02/17/08 | Draft mediation statement. | SES | 2.00 | 850.00 |
| 02/18/08 | Edit mediation brief. | JDF | 8.00 | 4,280.00 |
| 02/19/08 | Edit mediation brief. | JDF | 8.00 | 4,280.00 |
| 02/19/08 | Work on plaintiff's mediation brief. | NFQ | 6.00 | 900.00 |
| 02/20/08 | Meeting re: mediation; email co-counsel. | JDF | 2.00 | 1,070.00 |
| 02/21/08 | Prepare mediation binders. | NFQ | 3.00 | 450.00 |
| 02/22/08 | Prepare for mediation. | JDF | 2.75 | 1,471.25 |
| 02/25/08 | Attend mediation. | JDF | 10.00 | 5,350.00 |
| 02/25/08 | Attend mediation. | SES | 7.50 | 3,187.50 |
| 03/03/08 | Email exchange with defendants re: injunctive relief. | SES | 0.75 | 318.75 |
| 03/04/08 | Email exchange with defendants re: injunctive relief; telephone conference with K. Nassiri re: same. | SES | 2.00 | 850.00 |
| 03/05/08 | Attention to settlement discussions. | JDF | 2.00 | 1,070.00 |
| 03/05/08 | Negotiate terms of settlement; telephone conference with defense counsel and K. Nassiri re: same. | SES | 3.50 | 1,487.50 |
| 03/07/08 | Meeting re: settlement. | JDF | 1.50 | 802.50 |
| 03/14/08 | Attention to settlement discussions. | JDF | 2.00 | 1,070.00 |
| 03/20/08 | Attention to discovery. | JDF | 1.50 | 802.50 |
| 03/25/08 | Attention to settlement. | JDF | 2.00 | 1,070.00 |
| 04/01/08 | Review and edit settlement drafts. | SES | 2.50 | 1,062.50 |

November 17, 2008
Page 22

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/08 | Review and edit settlement drafts. | SES | 1.00 | 425.00 |
| 04/03/08 | Review and edit settlement drafts. | SES | 2.50 | 1,062.50 |
| 04/07/08 | Review and edit settlement drafts. | SES | 1.00 | 425.00 |
| 04/08/08 | Attention to settlement discussions. | JDF | 2.25 | 1,203.75 |
| 04/10/08 | Attention to settlement discussions. | JDF | 2.75 | 1,471.25 |
| 04/11/08 | Telephone conference with K. Nassiri re: settlement drafts. | SES | 0.25 | 106.25 |
| 04/16/08 | Conference call with defendants re: settlement agreement; confer with J. Friedman and K. Nassiri re: same; review settlement agreement. | SES | 4.25 | 1,806.25 |
| 04/17/08 | Attention to settlement. | JDF | 1.25 | 668.75 |
| 04/17/08 | Review and edit proposed injunctive relief in settlement agreement. | SES | 0.25 | 106.25 |
| 04/18/08 | Conference call with J. Byrnes and K. Nassiri re: settlement terms; review draft of preliminary approval papers. | SES | 1.00 | 425.00 |
| 04/21/08 | Attention to settlement issues. | JDF | 1.00 | 535.00 |
| 04/22/08 | Prepare for and attend conference call with defendants re: settlement terms; email re: same; review preliminary approval papers. | SES | 8.50 | 3,612.50 |
| 04/23/08 | Attention to settlement issues. | JDF | 1.50 | 802.50 |
| 04/23/08 | Prepare for and attend conference call with defendants re: settlement terms; email re: same; review preliminary approval papers. | SES | 3.00 | 1,275.00 |
| 04/24/08 | Email re: terms of Settlement Recovery settlement; research case law re: allocation of settlement proceeds. | SES | 0.75 | 318.75 |

November 17, 2008
Page 23

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 04/25/08 | Attention to settlement issues. | JDF | 1.25 | 668.75 |
| 04/28/08 | Attention to settlement issues. | JDF | 1.00 | 535.00 |
| 04/30/08 | Attention to settlement issues. | JDF | 1.50 | 802.50 |
| 04/30/08 | Prepare for and attend conference call with defendants re: settlement terms; email re: same; review preliminary approval papers; confer with K. Nassiri and J. Friedman re: same. | SES | 2.00 | 850.00 |
| 05/02/08 | Telephone conference with defendants re: settlement agreement. | SES | 0.25 | 106.25 |
| 05/06/08 | Review settlement agreement and related papers; telephone conference with K. Nassiri re: same. | SES | 3.00 | 1,275.00 |
| 05/09/08 | Telephone conference with defendants re: settlement agreement; telephone conference with claims administrators. | SES | 1.00 | 425.00 |
| 05/12/08 | Analyze settlement issues. | JDF | 2.00 | 1,070.00 |
| 05/12/08 | Email defendants re: settlement agreement; telephone conference with claims administrators; confer with J. Friedman and K. Nassiri re: same. | SES | 1.75 | 743.75 |
| 05/13/08 | Work on motion for preliminary approval of the settlement. | NFQ | 1.00 | 150.00 |
| 05/14/08 | Work on motion for preliminary approval of the settlement. | NFQ | 4.00 | 600.00 |
| 05/14/08 | Email defendants re: settlement agreement; email J. Friedman re: same. | SES | 0.50 | 212.50 |
| 05/15/08 | Review and edit settlement agreement and papers in support of motion for preliminary approval. | SES | 1.25 | 531.25 |
| 05/16/08 | Review and compare red-lined changes to motion for preliminary approval of settlement. | NFQ | 0.50 | 75.00 |
| 05/16/08 | Review and edit settlement agreement and papers in | SES | 5.00 | 2,125.00 |

November 17, 2008
Page 24

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | support of motion for preliminary approval. | | | |
| 05/19/08 | Attention to settlement. | JDF | 1.25 | 668.75 |
| 05/21/08 | Edit settlement agreement and motion for preliminary approval. | SES | 1.50 | 637.50 |
| 05/22/08 | Work on stipulation re: proposed preliminary approval of settlement; file and serve. | NFQ | 1.00 | 150.00 |
| 05/23/08 | Attention to settlement. | JDF | 1.00 | 535.00 |
| 05/27/08 | Attention to settlement. | JDF | 1.00 | 535.00 |
| 05/29/08 | Review and edit settlement agreement. | SES | 0.75 | 318.75 |
| 05/30/08 | Attention to settlement. | JDF | 1.00 | 535.00 |
| 06/03/08 | Review voluntary dismissal stipulation re: Settlement Recovery. | SES | 1.00 | 425.00 |
| 06/04/08 | Review settlement papers and declarations. | SES | 1.00 | 425.00 |
| 06/05/08 | Review settlement papers and motion for preliminary approval. | SES | 0.25 | 106.25 |
| 06/06/08 | Finalize motion for preliminary approval and supporting documents; file and serve. | NFQ | 3.00 | 450.00 |
| 06/06/08 | Review settlement papers and motion for preliminary approval of settlement; oversee filing of same. | SES | 1.50 | 637.50 |
| 06/09/08 | Draft notice of lodging and attaching proposed order re: preliminary approval of settlement; file and serve. | NFQ | 1.00 | 150.00 |
| 06/09/08 | Oversee filing of corrected preliminary approval proposed order. | SES | 0.25 | 106.25 |
| 06/13/08 | Attention to settlement issues. | JDF | 1.50 | 802.50 |
| 06/30/08 | Prepare binder for S. Scarlett re: preliminary | NFQ | 2.00 | 300.00 |

November 17, 2008
Page 25

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | approval of settlement; pull cases from motion. | | | |
| 07/01/08 | Continue to prepare binder and pull cases for S. Scarlett. | NFQ | 1.00 | 150.00 |
| 07/19/08 | Prepare for preliminary approval hearing. | SES | 3.75 | 1,593.75 |
| 07/20/08 | Travel to Los Angeles; prepare for preliminary approval hearing. | SES | 4.75 | 2,018.75 |
| 07/21/08 | Prepare for and attend preliminary approval hearing; return travel from Los Angeles. | SES | 6.00 | 2,550.00 |
| 07/23/08 | Email to settlement administrator; review calendar for settlement documents; email and telephone conference with J. Byrnes re: calendar for settlement. | SES | 1.00 | 425.00 |
| 08/01/08 | Attention to class member correspondence. | JDF | 2.00 | 1,070.00 |
| 08/08/08 | Attention to class member correspondence. | JDF | 2.00 | 1,070.00 |
| 08/21/08 | Respond to telephone calls. | NFQ | 0.80 | 120.00 |
| 08/28/08 | Respond to telephone call re: settlement. | NFQ | 1.00 | 150.00 |
| 08/29/08 | Respond to telephone calls. | NFQ | 0.50 | 75.00 |
| 09/02/08 | Respond to letters sent re: settlement. | NFQ | 1.00 | 150.00 |
| 09/04/08 | Draft letter to claimant. | NFQ | 0.50 | 75.00 |
| 09/09/08 | Respond to telephone calls. | NFQ | 0.50 | 75.00 |
| 09/15/08 | Respond to telephone calls and emails; draft letters. | NFQ | 1.30 | 195.00 |
| 09/17/08 | Attention to class correspondence. | JDF | 1.00 | 535.00 |
| 09/19/08 | Telephone conference with possible counsel for class member re: terms of settlement. | SES | 0.25 | 106.25 |
| 09/24/08 | Attention to class correspondence. | JDF | 2.00 | 1,070.00 |

November 17, 2008
Page 26

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | INIT | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 09/30/08 | Attention to class correspondence. | JDF | 2.00 | 1,070.00 |
| 10/07/08 | Telephone conference with K. Nassiri re: settlement papers; email re: same. | SES | 0.50 | 212.50 |
| 10/19/08 | Research and edit motion for attorneys' fees and service awards. | SES | 3.50 | 1,487.50 |
| 10/20/08 | Research and edit motion for attorneys' fees and service awards. | SES | 6.50 | 2,762.50 |
| 10/21/08 | Research and edit motion for attorneys' fees and service awards. | SES | 3.25 | 1,381.25 |
| 10/23/08 | Review motion for attorneys' fees. | NFQ | 2.00 | 300.00 |
| 10/24/08 | Review motion for attorneys' fees. | NFQ | 1.00 | 150.00 |
| 10/30/08 | Review motion for attorneys' fees. | NFQ | 2.00 | 300.00 |
| 11/04/08 | Edit motion for final approval papers; research re: same. | SES | 2.75 | 1,168.75 |
| 11/05/08 | Research and edit motion for final approval. | SES | 8.00 | 3,400.00 |
| 11/13/08 | Review motion for attorneys' fees. | NFQ | 4.00 | 600.00 |
| 11/14/08 | Review motion for attorneys' fees. | NFQ | 1.00 | 150.00 |

TOTAL FOR SERVICES          $ 406,025.75

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| KGA | Kevin Acosta | 150.00 | 14.25 | 2,137.50 |
| SWB | Steve Berman | 650.00 | 1.00 | 650.00 |

November 17, 2008
Page 27

Client No.: 001969
Invoice No: 68995370

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| JDF | Jeffery Friedman | 535.00 | 414.45 | 221,730.75 |
| RRK | Reed Kathrein | 575.00 | 1.00 | 575.00 |
| NFQ | Nancy Quon | 150.00 | 172.05 | 25,807.50 |
| SES | Shana Scarlett | 425.00 | 365.00 | 155,125.00 |

**EXPENSES**

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 05/26/07 | UPS CHARGES: UPS | | 14.46 |
| 05/31/07 | LEXIS/NEXIS: Lexis-Nexis | | 62.75 |
| 06/30/07 | LEXIS/NEXIS: Lexis-Nexis | | 32.60 |
| 06/30/07 | LEXIS/NEXIS: Lexis-Nexis | | 245.76 |
| 06/30/07 | UPS CHARGES: UPS | | 52.89 |
| 06/30/07 | LEXIS/NEXIS: Lexis-Nexis | | 169.43 |
| 06/30/07 | UPS CHARGES: UPS | | 52.89 |
| 07/07/07 | UPS CHARGES: UPS | | 52.89 |
| 07/07/07 | UPS CHARGES: UPS | | 67.68 |
| 07/31/07 | LEXIS/NEXIS: LexisNexis S.F. Bay Area 7/1/2007 - 7/31/2007 | | 239.69 |
| 07/31/07 | LEXIS/NEXIS: LexisNexis S.F. Bay Area 7/1/2007 - 7/31/2007. | | 286.43 |
| 08/06/07 | MESSENGER/PROCESS SERVICE: ACE Messenger and Attorney Ser Services for period ending 7/31/07. | | 139.00 |
| 08/18/07 | UPS CHARGES: UPS Shipping charges. | | 27.13 |
| 08/31/07 | LEXIS/NEXIS: LexisNexis 8/1/2007 - 8/31/2007 | | 119.18 |
| 08/31/07 | LEXIS/NEXIS: LexisNexis 8/1/2007 - 8/31/2007 | | 32.53 |
| 09/30/07 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (9/1/2007 - 9/30/2007). | | .53 |
| 09/30/07 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (9/1/2007 - 9/30/2007). | | 73.74 |
| 10/01/07 | PARKING: Jeff Friedman Parking 9/14/2007 & 9/18/2007. | | 17.00 |
| 10/13/07 | UPS CHARGES: UPS Shipping charges. | | 41.61 |
| 10/31/07 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (10/1/2007 - 10/31/2007). | | 85.23 |

Client No.: 001969
Invoice No: 68995370

November 17, 2008
Page 28

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 10/31/07 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (10/1/2007 - 10/31/2007). | | 60.59 |
| 11/05/07 | MEALS:  Sept-07 AMEX (Friedman) - Meal 09/18 SF | | 41.43 |
| 11/07/07 | MEALS:  Oct-07 AMEX (Friedman) - Meal 10/26 | | 63.55 |
| 11/20/07 | MESSENGER/PROCESS SERVICE: ACE Messenger and Attorney Ser Courier services. | | 66.00 |
| 11/27/07 | AIRFARE: A J Shankar Airfare - SFO - JFK | | 196.40 |
| 11/30/07 | LEXIS/NEXIS: LexisNexis | | 89.08 |
| 11/30/07 | LEXIS/NEXIS: LexisNexis | | 201.32 |
| 12/01/07 | UPS CHARGES: UPS Shipping services. | | 27.35 |
| 12/04/07 | EXPERT FEES: A J Shankar 20Hrs Consulting 11/7 - 12/4/07 | | 3,700.00 |
| 12/07/07 | TRANSPORTATION: Shana Scarlett Taxis 11/28/2007 & 11/29/2007. | | 205.00 |
| 12/15/07 | UPS CHARGES: UPS Shipping services. | | 31.22 |
| 12/17/07 | COURT REPORTERS: Barkley Court Reporters Services rendered 11/29/2007. | | 1,150.38 |
| 12/31/07 | LEXIS/NEXIS: LexisNexis | | 104.12 |
| 12/31/07 | LEXIS/NEXIS: LexisNexis | | 167.23 |
| 01/04/08 | COSTS: Clerk, U.S. District Court Duplication admission certificate (Jeff Friedman). | | 15.00 |
| 01/04/08 | COSTS: Clerk, U.S. District Court Verification of admission (Jeff Friedman). | | 26.00 |
| 01/05/08 | UPS CHARGES: UPS Shipping charges. | | 16.94 |
| 01/10/08 | MEDIATION: JAMS, Inc. Services rendered 2/25/2008 (Hon. Edward Panelli). | | 4,525.00 |
| 01/15/08 | COSTS: Shana Scarlett RecordsUSA.com trail subscription fro Miller County AZ. | | 9.99 |
| 01/22/08 | TRANSPORTATION: Jeff Friedman Taxis on 1/14/2008. | | 85.00 |
| 01/22/08 | PARKING: Jeff Friedman Parking on 1/14/2008. | | 10.00 |
| 01/23/08 | AIRFARE:  Dec-07 AMEX (Friedman) - Airfare Oakland>Burbank>Oakland 12/27 | | 268.80 |
| 01/24/08 | RESEARCH: U.S. Treasury Fee for FOIA request. | | 96.00 |
| 01/24/08 | RESEARCH: U.S. Treasury Fee for FOIA request. | | 96.00 |
| 01/25/08 | HOTEL:  Nov-07 AMEX (Scarlett) - Lodging 11/9, Burbank | | 375.94 |
| 01/25/08 | MEALS:  Dec-07 AMEX (Scarlett) - Meals 11/28-11/29 | | 58.94 |
| 01/25/08 | MEALS:  Dec-07 AMEX (Scarlett) - Meals 11/30 - Bjoras Deposition | | 63.71 |
| 01/25/08 | AIRFARE:  Dec-07 AMEX (Scarlett) - Airfare | | -15.00 |

November 17, 2008
Page 29

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| | credit Burbank>Oakland | | |
| 01/25/08 | AIRFARE:  Nov-07 AMEX (Scarlett) - Airfare (2 tix) Oakland>Burbank>Oakland | | 577.60 |
| 01/26/08 | UPS CHARGES: UPS Shipping charges. | | 58.67 |
| 01/31/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (1/1/2008 - 1/31/2008). | | 64.84 |
| 02/09/08 | UPS CHARGES: UPS Shipping charges. | | 15.95 |
| 02/09/08 | UPS CHARGES: UPS Shipping charges. | | 16.80 |
| 02/16/08 | UPS CHARGES: UPS Shipping services. | | 19.53 |
| 02/23/08 | UPS CHARGES: UPS Shipping services. | | 19.36 |
| 02/29/08 | EXPERT FEES: A J Shankar Services rendered 2/1/2008 - 2/29/2008. | | 1,202.50 |
| 02/29/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (2/1/2008 - 2/29/2008). | | 199.57 |
| 02/29/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (2/1/2008 - 2/29/2008). | | 2.50 |
| 03/18/08 | AIRFARE:  Feb-08 AMEX (Scarlett) - Airfare 2 tix (consultant and Scarlett) Oakland>Burbank>Oakland | | 538.00 |
| 03/18/08 | HOTEL:  Jan-08 AMEX (Scarlett) - Lodging for SES and Consultant in Santa Barbara | | 573.20 |
| 03/18/08 | MEALS: Feb-08 AMEX (Scarlett) - Meals 02/11 thru 02/12 SantaBarbara and Burbank | | 115.79 |
| 03/18/08 | TRANSPORTATION:  Feb-08 AMEX (Scarlett) - Transportation service 02/14 | | 58.00 |
| 03/20/08 | HOTEL:  Jan-08 AMEX (Friedman) - Lodging  AZ 01/29 thru 01/31 | | 552.61 |
| 03/21/08 | HOTEL:  Feb-08 AMEX (Friedman) -Lodging 02/11-02 Santa Barbara | | 68.15 |
| 03/21/08 | MEALS:  Feb-08 AMEX (Friedman) -Meals 02/11 and 02/12 Santa Barbara, CA | | 196.00 |
| 03/21/08 | PARKING:  Feb-08 AMEX (Friedman) -Parking 02/12 | | 44.00 |
| 03/21/08 | TRANSPORTATION:  Feb-08 AMEX (Friedman) -Car rental 02/11-02/12, gasoline purchase Santa Barbara, CA | | 256.14 |
| 03/21/08 | AIRFARE:  Feb-08 AMEX (Friedman) -Airfare Oakland>Burbank>Oakland 01/31 | | 269.00 |
| 03/27/08 | EXPERT FEES: A J Shankar Services rendered 1/4/2008 - 2/12/2008. | | 4,255.00 |
| 04/30/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (4/1/2008 - 4/30/2008) | | 196.78 |
| 05/24/08 | UPS CHARGES: UPS Shipping charges. | | 23.38 |

Client No.: 001969
Invoice No: 68995370

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 05/31/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (5/1/2008 - 5/31/2008) | | 39.08 |
| 05/31/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (5/1/2008 - 5/31/2008) | | 10.67 |
| 06/14/08 | UPS CHARGES: UPS Shipping charges. | | 95.96 |
| 06/30/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (6/1/2008 - 6/30/2008) | | 44.04 |
| 06/30/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (6/1/2008 - 6/30/2008) | | 40.34 |
| 07/31/08 | LEXIS/NEXIS: LexisNexis Acct # 1032R4 (7/1/2008 - 7/31/2008) | | 4.93 |
| 08/13/08 | TRANSPORTATION: Shana Scarlett Taxis 7/20 - 7/21/2008. | | 155.00 |
| | Telephone | .00 | .10 |
| | Print Jobs | 17.00 | 4.25 |

                                                    ------------
                        TOTAL EXPENSES                  $ 23,267.15

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

November 17, 2008
Client No.: 001969
Invoice No: 68995370

RE:

---

## BILLING SUMMARY THROUGH NOVEMBER 17, 2008

| | |
|---|---:|
| Fees For Professional Services | 406,025.75 |
| Expenses and Advances | 23,267.15 |
| | -------------- |
| **CURRENT BILL** | **429,292.90** |
| | |
| Previous Balance Due | 0.00 |
| Payments/Adjustments | <0.00> |
| | -------------- |
| **TOTAL BALANCE DUE** | **429,292.90** |

---

**R E M I T T A N C E   C O P Y**

PLEASE  INCLUDE  THIS  PAGE  WITH  YOUR  PAYMENT